IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**CONNIE WHIGUM HAMILTON,**
    **Plaintiff,**

vs.                                                             **3:09cv93/MCR/MD**

**STATE OF FLORIDA, et al.,**
    **Defendants.**
    _____/

**O R D E R**

    Upon consideration of the Report and Recommendation of the Magistrate Judge filed on March 12, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, if any, the Recommendation is adopted as the opinion of the Court.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2.    This cause is dismissed and the clerk is directed to close the file.

    **DONE AND ORDERED** this 17th day of April, 2009.

                                        *s/ M. Casey Rodgers*
                                        **M. CASEY RODGERS**
                                        **UNITED STATES DISTRICT JUDGE**